# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2025

## NO. 03-25-00275-CV

**Sonia Cruz, Appellant**

**v.**

**Marcos Sanchez and Elena Grimaldo, Appellees**

**APPEAL FROM THE 483RD DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on November 20, 2025. Marcos Sanchez and Elena Grimaldo have filed an agreed motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.